```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 01315
   JERRY KINGSTON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4053

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/15/2005 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED              .00              .00              .00
JP MORGAN CHASE/BANK ONE  SECURED            1466.36           156.49          1466.36
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      746.54               .00           746.54
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00               .00              .00
AT & T BANKRUPCTY         FILED LATE        1035.16               .00              .00
BEST BOOK CLUB EVER       UNSECURED         NOT FILED            .00              .00
BEST BOOK CLUB EVER       UNSECURED         NOT FILED            .00              .00
CITY OF CHICAGO PARKING   UNSECURED         2520.00               .00           449.28
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00              .00
CREDIT FIRST              UNSECURED          164.17               .00            17.48
FIRST NORTH AMERICAN NAT  UNSECURED         NOT FILED            .00              .00
RESURGENT ACQUISITION LL  UNSECURED         1266.12               .00           225.72
MAX FLOW CORP             UNSECURED          385.39               .00            59.59
PALOS COMMUNITY HOSPITAL  UNSECURED         NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY       NOT FILED            .00              .00
PRIMECO COMMUNICATIONS    UNSECURED         NOT FILED            .00              .00
US DEPT OF EDUCATION      UNSECURED        32997.45               .00          5882.92
CHASE CARD SERVICES       UNSECURED          561.85               .00           100.17
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,490.20                           2,490.20
TOM VAUGHN                TRUSTEE                                                720.53
DEBTOR REFUND             REFUND                                                  22.72

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   12,338.00

PRIORITY                                                .00
SECURED                                            2,212.90
   INTEREST                                          156.49

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 01315 JERRY KINGSTON
```

```
UNSECURED                                                    6,735.16
ADMINISTRATIVE                                               2,490.20
TRUSTEE COMPENSATION                                           720.53
DEBTOR REFUND                                                   22.72
                                    ---------------      ---------------
TOTALS                                    12,338.00           12,338.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```